MILDRED FRESCHEL, Appellant, v. VINCENT ASTOR, Respondent.— Order so far as appealed from affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAURICE B. FRESCHEL, Appellant, v. VINCENT ASTOR, Respondent.— Order so far as appealed from affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of ADA W. PUTNAM, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [135 Misc. 311.]

PAUL MASSA, an Infant, etc., by VITO MASSA, His Guardian ad Litem, Appellant, v. WRIGHT SNOW WHITE LAUNDRY COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

VITO MASSA, Appellant, v. WRIGHT SNOW WHITE LAUNDRY COMPANY, INC.. Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JENNIE FRANK and Others, Respondents, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [136 Misc. 186.]

LORENZA RAGONESE, Administrator, etc., of SEBASTIAN RAGONESE, Deceased, Respondent, v. BLUM & CHOYKE, INC., Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LOUIS FEUERSTEIN, Respondent, v. SAMUEL KULKIN, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CLARENCE DANIEL BATCHELOR, as Executor, etc., of HAZEL DEYO BATCHELOR, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ADELINE K. SCHNEIDER, Appellant, v. NEWS SYNDICATE Co., INC., Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ELIAS MALEWITZ, Respondent, v. WILRAY CONSTRUCTION COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of AMBASSADOR FUR Co., INC., Respondent, for an Order Confirming the Award of $697 Made in Its Favor against LOU SCHNEIDER, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.